# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RANDALL GILBERT** and **HEATHER GILBERT,**
Appellants,

v.

**HMC ASSETS, LLC,** Solely in its Capacity as Separate Trustee of CAM XV Trust,
Appellee.

No. 4D18-663

[December 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case No. CACE15-010819.

Steven M. Davis of Becker & Poliakoff, P.A., Coral Gables, for appellant.

Jason R. Hawkins and Cameron H.P. White of South Milhausen, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***